# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. HOPES, | 1:02cv6373 DLB |
| Plaintiff, | ORDER REGARDING PETITION FOR FEES |
| v. | (Document 14) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Petitioner Robert D. Christenson ("Counsel"), attorney for Plaintiff Gary A. Hopes, filed the instant petition for fees on June 21, 2007. Counsel requests fees in the amount of $3,320.00 pursuant to 42 U.S.C. § 406(b)(1).

Defendant filed a response to Counsel's request on November 5, 2007. Defendant explains that it does not enter into agreements regarding the payment of section 406(b) fee requests because the requests are made pursuant to contingency fee agreements to which the Defendant is not a party and the money at stake ultimately comes from Plaintiff's past-due benefits award. Nevertheless, Defendant presents its analysis of the fee request to the Court.

## **BACKGROUND**

Plaintiff filed his social security complaint on November 6, 2002. Pursuant to the parties' stipulation, the Court ordered the case remanded on July 29, 2003. On August 27, 2003, the

Court ordered payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $1,236.00.

An ALJ subsequently issued a favorable decision on December 21, 2006, finding Plaintiff eligible for benefits as of June 25, 1999. The Commissioner withheld 25 percent of the past-due benefits award, in the amount of $16,407.50, for payment of attorney's fees.

By this motion, Counsel seeks $3,320.00 for 8.3 hours of work before this Court. After crediting $1,236.00 received previously pursuant to the EAJA, Counsel requests a net fee of $2,084.00 from the past-due award.

## DISCUSSION

42 U.S.C. § 406(b)(1)(A) provides in relevant part:

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled by reason of such judgment . . .

In *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002), the Supreme Court explained that a district court reviews a petition for section 406(b) fees "as an independent check" to assure that contingency fee agreements between claimants and their attorneys will "yield reasonable results in particular cases." Agreements are not enforceable to the extent that they provide for fees exceeding 25 percent of the past-due benefits. *Id.* "Within the 25 percent boundary. . . the attorney for the successful claimant must show that the fee sought is reasonable for the services rendered." *Id.*

In determining the reasonableness of an award, the district court should consider the character of the representation and the results achieved. *Id.* Ultimately, an award of section 406(b) fees is offset by an award of attorney's fees granted under the EAJA. 28 U.S.C. § 2412; *Gisbrecht*, 535 U.S. at 796.

Here, Counsel and Plaintiff agreed upon a contingent fee of 25 percent of past-due benefits. Exhibit E, attached to Petition. Counsel's request of $3,320.00 does not exceed the statutory limit. 42 U.S.C.§ 406(b)(1)(A).

1 | Counsel's fee request of $3,320.00 for 8.3 hours of work translates into an hourly rate of
2 | $400.00. Counsel concedes that the $1,236.00 received previously should be credited to
3 | Plaintiff, which amounts to a net award of $2,084.00. Using the net award, this translates to an
4 | hourly rate of $251.08 per hour. The Court finds this to be a reasonable rate in recognition of the
5 | contingent nature of this case and Counsel's assumption of the risk of going uncompensated.
6 | *Hearn v. Barnhart*, 262 F.Supp.1033, 1037 (N.D. Cal. 2003). Therefore, the Court awards
7 | attorney's fees in the amount of $2,084.00. Adding the $1,236.00 previously awarded, this totals
8 | $3,320.00

9 | Accordingly, Counsel's petition for fees is GRANTED in the amount of $3,320.00.
10 | Crediting the $1,236.00 EAJA award results in a net award of $2,084.00.

12 | IT IS SO ORDERED.
13 | Dated:   **November 27, 2007**          /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE